IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELIQUE McKINNEY**, as parent and natural guardian of **EBONY GAGE** and **RONALD LEWIS GAGE, JR.**, and in her own right, Plaintiffs, | : : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **PHILADELPHIA HOUSING AUTHORITY**, *et al.*, Defendants. | : : : | No. 07-4432 |

## ORDER

AND NOW, this **16th** day of **June, 2010**, upon consideration of the Philadelphia Housing Authority's unopposed motion to vacate this Court's April 20, 2010 summary judgment order and memorandum opinion, and for the reasons stated in the Court's Memorandum dated June 16, 2010, it is hereby **ORDERED** that the motion (Doc. No. 214) is **GRANTED**. The Court's April 20, 2010 summary judgment order and memorandum opinion (Doc. Nos. 174 and 175) are hereby **VACATED**.

BY THE COURT:

/s/ Berle M. Schiller
Berle M. Schiller, J.