## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELIQUE McKINNEY, as parent | : | |
| and natural guardian of EBONY | : | CIVIL ACTION |
| GAGE and RONALD LEWIS GAGE, | : | |
| JR., and in her own right, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING | : | |
| AUTHORITY, *et al.,* | : | No. 07-4432 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **24th** day of **August, 2010**, following a hearing on August 5, 2010, and upon consideration of the briefs submitted by the parties, and for the reasons described in the Court's Memorandum dated August 24, 2010, it is hereby **ORDERED** that:

1.  The $1,248,734.89 held in escrow for determination of the amount of repayment due the Commonwealth of Pennsylvania Department of Public Welfare for satisfaction of the lien claimed for Ebony Gage shall be paid out as follows:

    a.  $530,162.45 to the Commonwealth of Pennsylvania Department of Public Welfare.

    b.  The remainder to the Advisory Trust Company of Delaware, Trustee of the Ebony Gage Special Needs Trust.

2.  The $6,876.52 held in escrow for determination of the amount of repayment due the Commonwealth of Pennsylvania Department of Public Welfare for satisfaction of any lien(s) claimed for Ronald Gage, Jr. shall be paid out as follows:

     a.       $2919.49 to the Commonwealth of Pennsylvania Department of Public Welfare.

     b.       The remainder to Bank of America, N.A., through its Merrill Lynch Trust Company Division, Trustee of the Ronald L. Gage, Jr. Settlement Preservation Trust.

3.      The $12,000.00 held in escrow for determination of the amount of repayment due the Commonwealth of Pennsylvania Department of Public Welfare for satisfaction of any lien(s) asserted for Angelique McKinney shall be paid out as follows:

     a.       $4366.49 to the Commonwealth of Pennsylvania Department of Public Welfare.

     b.       The remainder to Plaintiff Angelique McKinney.

4.      The Clerk of Court is directed to mark this case closed.

**BY THE COURT:**

_____

**Berle M. Schiller, J.**